UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAWN KUEBLER, as Personal Representative of the Estate of WILLIAM C. KUEBLER,<br><br>        Plaintiff<br><br>   v.<br><br>RAY MABUS, Secretary of the Navy,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No: 1-14-cv-0699 (ESH)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff Dawn Kuebler, Personal Representative of the Estate of William C. Kuebler ("Plaintiff"), and Defendant Ray Mabus, Secretary of the Navy ("Defendant"), (hereinafter collectively referred to as the "Parties"), by and through their undersigned counsel, hereby enter into this Stipulation of Settlement and Dismissal with Prejudice ("Stipulation") in the above-captioned litigation. Specifically, the Parties stipulate and agree as follows:

### RECITALS

1. On April 23, 2014, Plaintiff filed the instant civil action.

2. On November 23, 2015, the Parties filed a Notice of Settlement in Principle.

### STIPULATION

1. Defendant agrees to convene a Staff Corps Commander Special Selection Board for Fiscal Year 2011 to consider the Plaintiff in zone for promotion to Commander. This Special Selection Board will be composed pursuant to statutory and regulatory requirements.

2. Defendant agrees to provide to the Special Selection Board the citation and summary of action for the Meritorious Service Medal ("MSM") covering the time period Plaintiff served at the Office of Military Commissions. The gap filler letter which is currently in

LCDR Kuebler's record in lieu of the fitness report signed by Colonel Masciola on August 21, 2009 will be removed and will be replaced with a new gap-filler letter. The new gap-filler letter will state substantially the same information as the prior letter, except the new letter will specifically state that the citation and summary of action for the MSM can be considered as evidence of LCDR Kuebler's performance during the period from October 1, 2008 to August 21, 2009.

3. In return for the consideration described in Paragraphs 1 and 2 above, the Plaintiff agrees to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court's Minute Order of November 24, 2015.

4. Each Party agrees to bear its own fees and costs.

5. This Stipulation constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the Complaint filed in this lawsuit, and (b) any litigation or administrative proceedings that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's request for a Special Selection Board in this case.

6. In agreeing to this settlement, Plaintiff hereby releases, waives, and abandons any and all claims against the United States, the United States Department of the Navy, their agents, servants, employees, or officers, in either their official or individual capacities.

7. This Stipulation for compromise settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, the United States Department of the Navy, their agents, servants, employees, or officers, and is entered into by the Parties for the purpose of compromising disputed claims and avoiding the expense and risks of further litigation.

8. This Stipulation contains the entire agreement between the Parties hereto and supersedes any and all previous agreements, whether written or oral, between the Parties relating to the subject matter hereof. No promise or inducement has been made except as set forth herein, and no representation or understanding, whether written or oral, that is not expressly set forth herein shall be enforced or otherwise be given any force or effect in connection herewith.

9. The Parties agree that this Stipulation will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States, the United States Department of the Navy, or any agency or instrumentality of the United States.

10. The Parties acknowledge that the preparation of this Stipulation for Settlement and Dismissal was collaborative in nature, and so agree that any presumption or rule that an agreement is construed against its drafter shall not apply to the interpretation of this agreement or any term or provision hereof.

11. This Stipulation may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same agreement. A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

12. This Stipulation may not be altered, modified, withdrawn, waived, rescinded or supplemented except by written instrument executed by duly authorized representatives of all parties.

13. Upon execution of this Stipulation of Settlement and Dismissal by all Parties hereto, the Stipulation shall be binding upon and inure to the benefit of the Parties and their respective heirs, personal representatives, administrators, successors, and assigns. Each

signatory to this Stipulation represents and warrants that he or she is fully authorized to enter into this Stipulation on behalf of his or her client.

14. Execution and filing of this Stipulation of Settlement and Dismissal by counsel for Plaintiff and counsel for Defendant constitute an agreement not to request reopening of the instant civil action pursuant to the Court's Minute Order of November 24, 2015. Any and all remaining issues are waived, and this action shall stand as dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Brianna Lynn Silverstein*<br>BRIANNA LYNN SILVERSTEIN<br>D.C. Bar # 997831<br>Drinker Biddle & Reath LLP<br>1500 K Street, N.W., Suite 1100<br>Washington, D.C.  20005<br>Telephone: (202) 842-8000<br>Brianna.Silverstein@dbr.com<br>*Attorney for Plaintiff*<br><br>LAWRENCE J. FOX (*pro hac vice*)<br>Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA  19103-6996<br>Telephone: (215) 988-2700<br>Lawrence.Fox@dbr.com<br>*Of Counsel for Plaintiff*<br><br>Counsel for Plaintiff | CHANNING D. PHILLIPS<br>D.C. Bar # 415793<br>United States Attorney<br><br>DANIEL F. VANHORN<br>D.C. Bar # 924092<br>Chief, Civil Division<br><br>By:   */s/ Marian L. Borum*<br>         MARIAN L. BORUM<br>         D.C. Bar # 435409<br>         Assistant United States Attorney<br>         Civil Division<br>         555 Fourth Street, N.W.<br>         Washington, D.C.  20530<br>         Telephone: (202) 514-6531<br>         Facsimile: (202) 514-8780<br>         Marian.L.Borum@usdoj.gov<br><br>         Counsel for Defendant |

Dated: December 18, 2015